UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 25, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL CARDENAS

Defendant.

Case No. 2:22-mj-0147 JDP-3

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release DANIEL CARDENAS Case No. 2:22-mj-0147 JDP-3 Charges 21 USC § 841(a)(1) from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__x__ Secured Appearance Bond $ $50,000.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): _

Issued at Sacramento, California on October 25, 2022 at 2:00 PM

By: _____
Magistrate Judge Edmund F. Brennan